SAMUEL ZIRN, Appellant, v. CLIFTON N. BRADLEY and Others, Respondents, and Others, Defendants.— Order adjudging plaintiff in contempt as having been committed in the course of an examination before trial before an official referee, and deferring punishment therefor, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, without costs. The order is defective in that it does not contain a definite provision for immediate punishment, there being no authority in the court to defer, dependent upon future conduct, the determination of what punishment shall be inflicted. The incident upon which the finding of contempt was based was not of a sufficiently gross character to warrant such a holding in view of the usual provision that five days' notice is required to bring on a hearing before an official referee. The bringing on of the hearing on April 25, 1941, in a shorter time, was not warranted in view of the character of the documents which the plaintiff was required to assemble in order to proceed with the hearing. Appeal from order denying motion for reargument dismissed, without costs, as not appealable. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

## (November 10, 1941.)

TERESA BRAICE, Individually and as Administratrix, etc., of FRANK BRAICE, Deceased, Appellant, v. MICHAEL SAUNDERS and Another, Defendants, and JOHN HANCOCK MUTUAL LIFE INSURANCE CO. OF BOSTON, MASSACHUSETTS, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

SAM HORNREICH, Appellant, v. MAY HORNREICH, Respondent.— Motion for leave to appeal to the Court of Appeals denied, as unnecessary. (Civ. Prac. Act, § 588, subd. 1.) Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of the NATIONAL CITY BANK OF NEW YORK, as Executor under the Will of JUSTUS G. DETTMER, Deceased, for a Construction of Said Will. EMPIRE TRUST COMPANY, as Executor, etc., of CAROLYN DETTMER WOOD, Deceased, Appellant; THE NATIONAL CITY BANK OF NEW YORK, as Executor, etc., of JUSTUS G. DETTMER, Deceased, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of CHARLES H. STUBACK, an Attorney and Counselor at Law.— Proceeding dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.